IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| AUSTIN RANDY OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER BRANDON THORNTON, and<br>OFFICER JASON GRIFFITH,<br><br>    Defendants. | CIVIL ACTION NO.: 2:23-cv-59 |

**O R D E R**

Plaintiff filed an appeal of this Court's December 3, 2024 denial of his motion to appoint counsel to the Eleventh Circuit Court of Appeals. Docs. 78, 82. The Eleventh Circuit has dismissed Plaintiff's appeal for want of prosecution and has issued its mandate. Doc. 89. The Court **ORDERS** the mandate of the Eleventh Circuit Court of Appeals be made the Order of this Court. The Court's December 3, 2024 Order, doc. 78, remains the Order of this Court.

**SO ORDERED**, this 13th day of February, 2025.

*/s/ B. Cheesbro*
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA