AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AUSTIN RANDY OWENS,

Plaintiff,

v.

OFFICER BRANDON THORNTON, and
OFFICER GRIFFITH,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-59

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's March 21, 2025 Order, the Court grants Defendant Thornton's unopposed Motion for Summary Judgment as to Plaintiff's federal claims and dismisses without prejudice Plaintiff's state law assault and battery claims. The Court denies Plaintiff leave to appeal in forma pauperis on appeal.

Approved by: [signature]

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

March 24, 2025
Date

John E. Triplett, Clerk of Court
Clerk

[signature]
(By) Deputy Clerk

GAS Rev 10/2020